THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY KLEIN, Also Known as RICHARD CARR, Appellant.—

948

Present —
Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.
In the Matter of the Claim of MICHAEL KAMEN, Appellant. MARTIN P.
CATHERWOOD, INDUSTRIAL COMMISSIONER, Respondent.—